IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**      :

    **v.**                                      :    **CRIMINAL NO.   CCB-18-0018**

**RYAN FARACE, ET AL**      :

...o0o...

## ENTRY OF APPEARANCE

Please enter the appearance of Zachary B. Stendig, Assistant United States Attorney for the District of Maryland, as co-counsel in the above-referenced matter.

                Respectfully submitted,

                Robert K. Hur
                United States Attorney


                _____/s/_____
                Zachary B. Stendig
                Assistant United States Attorney