

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Dana J. Brusca*
*Assistant United States Attorneys*
*Dana.Brusca@usdoj.gov*

*Suite 400*                    *DIRECT: 301-344-0222*
*36 S. Charles Street*              *MAIN: 410-209-4800*
*Baltimore, MD 21201-3119*           *FAX: 410-962-0717*

July 30, 2018

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

   Re: *United States v. Farace et al.*,
      <u>Criminal No. CCB-18-018</u>

Dear Judge Blake:

  Pursuant to the Court's order of June 25, 2018 (ECF 48), I write regarding the status of the above-captioned case.   The two defendants in this case, Ryan Farace and Robert Swain, have been charged in a multi-count indictment with violations of the narcotics trafficking laws, in violation of 21 U.S.C. §§ 846, 841, 856 (Mr. Farace), and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h) (both Mr. Farace and Mr. Swain).

  Although significant discovery has already been provided by the government to the defendants, the government continues to produce discovery in this matter (including, for example, with respect to electronics that were seized several months ago but which take time to search and copy).   In addition, the parties are currently discussing whether this action can be resolved short of a trial.

  With the Court's permission, the parties will submit a further status report on or before August 30, 2018, and the government will file a motion to toll the Speedy Trial Act clock in accordance with the report herein.

Dana J. Brusca, Esq.
Page 2

Very truly yours,

_____/s/_____

Dana J. Brusca
Assistant United States Attorney

cc:    Warren A. Brown, Esq. (via CM/ECF)
      Jonathan Van Hoven, Esq. (via CM/ECF)