IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-18-018 |
| | * | |
| **RYAN FARACE** and | * | |
| **ROBERT SWAIN,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |
| | ****** | |

## ORDER

Having considered the grounds advanced in the Government's Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, and good cause having been shown in support of the relief requested by this motion, the Court, on this _____ day of September, 2018, hereby makes the following findings of fact: the Court finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interest of the public and the defendants in a speedy trial, inasmuch as the parties need a longer period than is normally afforded under the federal Speedy Trial Act due to the unusual complexity of the case, as well as for discovery, case preparation, and plea negotiations.  Additionally, a failure to grant this request in this proceeding would be likely to result in a miscarriage of justice; it would deny counsel for the Defendants and attorneys for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time

between **August 17, 2018,** and **October 2, 2018**, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161, in this case.

                                                         _____
Hon. Catherine C. Blake
United States District Court