IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-18-0018 |
| | * | |
| RYAN FARACE, | * | |
| | * | |
| Defendant | * | |
| | * | |

...ooOoo...

**GOVERNMENT'S MOTION TO SEAL**

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order sealing the Government's Sentencing Memorandum, and the exhibits attached thereto, because these materials contain information from and relating to the draft pre-sentence report prepared by the U.S. Probation Office in connection with Mr. Farace's conviction, among other things.

WHEREFORE, the government respectfully requests that the Government's Sentencing Memorandum, any attachments filed therewith, and this motion be sealed until further notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Dana J. Brusca
Assistant United States Attorney

It is so ORDERED, this _____ day of November, 2018.

_____
Catherine C. Blake
United States District Judge