# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  18-0018-CCB** |
| | : | |
| **RYAN FARACE,** | : | |
| **Defendant** | : | |

...oooOooo...

## MOTION FOR FIRST FINAL ORDER OF FORFEITURE

The United States of America hereby moves for a final order of forfeiture with respect the property included in the consent order of forfeiture in this case, and in support states the following:

1.      On October 3, 2018, the Defendant Ryan Farace pleaded guilty conspiracy to manufacture, distribute, and possess with intent to distribute alprazolam, in violation of 21 U.S.C. § 846, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). On November 30, 2018, the Court entered a Preliminary Order of Forfeiture (the "Order of Forfeiture" ECF No. 72) forfeiting the following property

2303 Knox Avenue, Reisterstown, Maryland:

1.      the **2010 Lincoln Navigator** with vehicle identification number 5LMJJ2J56AEJ02388 seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638145);

2.      the **2012 GMC Sierra** with vehicle identification number 1GT125EG8CF149436 seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638151);

3.      the **$356,200.00 in U.S. currency** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-637916);

4.      the **$20,620.00 in U.S. currency** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-USP-000747);

5.      the **$2,676.00 in U.S. currency** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-637917);

6.      the **1,040.1905 Bitcoin** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638816);

7.      the **1,763.587678 Bitcoin Cash** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638860);

8.      the **100.9949777 Bitcoin Gold** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639515);

9.      the **9.915096343662 Monero** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639514);

10.     the **assorted televisions** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638848);

11.     the **assorted electronic equipment** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639487);

12.     the **assorted jewelry** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639460);

13.     the **Adam Equipment Nimbus Electronic Scale** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638840);

14.     the **24K gold $50 American Buffalo Coin** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639416);

16925 York Road, Hereford, Maryland (Odin LLC):

15.     the **assorted electronic equipment**, valued at the time of seizure at approximately $2,479,950.00, seized from Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638482);

16.     the **assorted electronic equipment**, valued at the time of seizure at approximately $53,563.86, seized Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639093);

17.     the **assorted electronic equipment**, valued at the time of seizure at approximately $15,384.00, seized from Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638624);

18.     the **assorted televisions** seized from Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638741);

3 William Court, Sparks, Maryland:

19.     the **$1,181,850.00 in U.S. Currency** seized 3 William Court, Sparks, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-637914);

19621 Middletown Road, Freeland, Maryland:

20.     the **77,285.81836727 DigiByte** seized from 19621 Middletown Road, Freeland, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639486);

Bank Accounts:

21.     the contents of the **Bank of America account ending x4260**, including the **$21,236.52** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639250);

22.     the contents of the **Bank of America account ending x4904**, including the **$15,754.01** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639254);

23.     the contents of the **Wells Fargo account ending x3507**, including the **$11,420.97** seized therefrom on January 16, 2018;

24.     the contents of the **Wells Fargo account ending x0241**, including the **$9,049.58** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639326);

25.     the contents of the **Wells Fargo account ending x5940**, including the **$5,513.70** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639335);

HitBTC Account(s):

26.     the **111.12480754 Bitcoin** seized on March 7, 2018, from the HitBTC account controlled by the defendant and associated with the email address *****saurus@protonmail.com:

Other Accounts/Currencies:

27.     the **353.9982 Bitcoin** that the defendant sent on March 6 and March 7, 2017, to members of law enforcement acting in an undercover capacity;

(the "Subject Property").

2.     Pursuant to 21 U.S.C § 853(n)(1) the government: (1) sent direct notice of the

Order of Forfeiture to G. Adam Ruther, Esq., attorney for Justin Dunkin directly on March 15,

2019, (**Exhibit 1**), as well as to Odin, LCC c/o Ryan Farace on December 27, 2018 (**Exhibit 2**).

Additionally, the government published notice of the forfeitures on December 14, 2018 (**Exhibit 3**).

3.     The deadline for all individuals to make a claim in response to the publication was

February 12, 2019, 30 days from the last date of publication. 21 U.S.C. § 852(n)(2).

4.      Having addressed the third-party rights to the Subject Property, the government

requests that the Court enter a final order of forfeiture forfeiting the Subject Property.

**WHEREFORE**, the United States of America respectfully requests that the Court enter a

Final Order of Forfeiture of the Subject Property and declares that pursuant to Rule 32.2 that all

third party claims to the forfeited property have been resolved, and its Final Order of Forfeiture

is now final with respect to the Subject Property.  A proposed order is attached for the

convenience of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney
District of Maryland


_____/s/_____
Dana J. Brusca
Assistant United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
Tel: (301)-344-4433

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 13, 2019, a copy of the foregoing Motion for Final

Order of Forfeiture was filed via CM/ECF and served electronically on all parties via that system

and to the following by first class mail:

Warren A. Brown, Esquire
Law Offices of Warren A. Brown
Attorney for Ryan Farace
200 E Lexington Street, Suite 1414
Baltimore, MD 21201

_____
Dana J. Brusca
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  18-0018-CCB** |
| | : | |
| **RYAN FARACE,** | : | |
| **Defendant** | : | |

...oooOooo...

## FINAL ORDER OF FORFEITURE

Before the Court is the government's motion for a final order of forfeiture.  On

November 30, 2018, the Court entered a Preliminary Order of Forfeiture (the "Order of

Forfeiture" ECF No. 72) forfeiting the following property:

2303 Knox Avenue, Reisterstown, Maryland:

1. the **2010 Lincoln Navigator** with vehicle identification number 5LMJJ2J56AEJ02388 seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638145);

2. the **2012 GMC Sierra** with vehicle identification number 1GT125EG8CF149436 seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638151);

3. the **$356,200.00 in U.S. currency** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-637916);

4. the **$20,620.00 in U.S. currency** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-USP-000747);

5. the **$2,676.00 in U.S. currency** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-637917);

6. the **1,040.1905 Bitcoin** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638816);

7. the **1,763.587678 Bitcoin Cash** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638860);

8. the **100.9949777 Bitcoin Gold** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639515);

9.      the **9.915096343662 Monero** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639514);

10.     the **assorted televisions** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638848);

11.     the **assorted electronic equipment** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639487);

12.     the **assorted jewelry** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639460);

13.     the **Adam Equipment Nimbus Electronic Scale** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638840);

14.     the **24K gold $50 American Buffalo Coin** seized from 2303 Knox Avenue, Reisterstown, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639416);

16925 York Road, Hereford, Maryland (Odin LLC):

15.     the **assorted electronic equipment**, valued at the time of seizure at approximately $2,479,950.00, seized from Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638482);

16.     the **assorted electronic equipment**, valued at the time of seizure at approximately $53,563.86, seized Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639093);

17.     the **assorted electronic equipment**, valued at the time of seizure at approximately $15,384.00, seized from Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638624);

18.     the **assorted televisions** seized from Odin LLC, 16925 York Road, Hereford, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-638741);

3 William Court, Sparks, Maryland:

19.     the **$1,181,850.00 in U.S. Currency** seized 3 William Court, Sparks, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-637914);

19621 Middletown Road, Freeland, Maryland:

20.     the **77,285.81836727 DigiByte** seized from 19621 Middletown Road, Freeland, Maryland, on January 16, 2018 (Asset ID No. 18-DEA-639486);

Bank Accounts:

21.     the contents of the **Bank of America account ending x4260**, including the **$21,236.52** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639250);

22.     the contents of the **Bank of America account ending x4904**, including the **$15,754.01** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639254);

23.     the contents of the **Wells Fargo account ending x3507**, including the **$11,420.97** seized therefrom on January 16, 2018;

24.     the contents of the **Wells Fargo account ending x0241**, including the **$9,049.58** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639326);

25.     the contents of the **Wells Fargo account ending x5940**, including the **$5,513.70** seized therefrom on January 16, 2018 (Asset ID No. 18-DEA-639335);

HitBTC Account(s):

26.     the **111.12480754 Bitcoin** seized on March 7, 2018, from the HitBTC account controlled by the defendant and associated with the email address *****saurus@protonmail.com:

Other Accounts/Currencies:

27.     the **353.9982 Bitcoin** that the defendant sent on March 6 and March 7, 2017, to members of law enforcement acting in an undercover capacity;

 (the "Subject Property").

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C) the United States caused to be published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, notice was served upon G. Adam Ruther, Esq., attorney for Justin Dunkin directly on March 15, 2019, as well as to Odin, LCC c/o Ryan Farace on December 27, 2018; and

WHEREAS, no timely claim has been filed; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 982(a)(1) and 981(a)(1)(A), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and

Rule 32.2(b)(1), Federal Rules of Criminal Procedure, the Subject Property is hereby forfeited to the United States.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

_____
Date

_____
Catherine C. Blake
United States District Judge

# EXHIBIT 1



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christine Clarke*
*FSA Paralegal II*
*cclarke1@usa.doj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4979*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*

March 15, 2019

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
G. Adam Ruther, Esquire
Attorney for Justin Dunkin
25 S Charles Street, 21st Floor
Baltimore, Maryland 21201

      Re:     Notice of Third Party Claimant Procedure for
               Property Forfeited in **U.S. v. Ryan Farace**
               Criminal No. CCB-18-0018

          **Asset ID No. 18-USP-000747    $20,620 U.S. Currency**

Dear Mr. Dunkin:

     The United States District Court for the District of Maryland has ordered that certain property be forfeited to the United States in the above-styled criminal case. The enclosed Order of Forfeiture describes the assets subject to forfeiture and the procedure for filing a claim to any of those properties in which you may have a legal right, title or interest.

     By receipt of this letter, you are given actual notice pursuant to Rule 32.2(b)(6) of the forfeiture of the assets referred to in the Order of Forfeiture and of your right to assert a claim to them. This Notice is intended only to apprise you of your rights; service of this Notice is in no way intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

     The procedure for filing a claim is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2), a person who receives Notice of Forfeiture by mail, and who wishes to file a claim to the forfeited property, must file a claim in the United States District Court for the District of Maryland under the above-styled case and number within thirty (30) days of his receipt.

     Pursuant to Section 853(n)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

                          Very truly yours,

                          Robert K. Hur
                          United States Attorney

                          Christine Clarke
                          FSA Paralegal II

# EXHIBIT 2



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Naquita Ervin*
*FSA Paralegal Specialist IV*
*naquita.ervin@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4863*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*

December 27, 2018

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
Odin, LLC c/o Ryan Farace #63661037
Chesapeake Detention Facility
401 East Madison Street
Baltimore, Maryland 21202

       Re:    Notice of Third Party Claimant Procedure for
               Property Forfeited in **United States v. Ryan Farace**
               Criminal No. CCB-18-0018

Dear Mr. Farace:

    The United States District Court for the District of Maryland has ordered that certain property be forfeited to the United States in the above-styled criminal case. The enclosed Preliminary or Consent Forfeiture Order describes the assets subject to forfeiture and the procedure for filing a claim to any of those properties in which you may have a legal right, title or interest.

    By receipt of this letter, you are given actual notice pursuant to Rule 32.2(b)(6) of the forfeiture of the assets referred to in the Preliminary or Consent Forfeiture Order and of your right to assert a claim to them. This Notice is intended only to apprise you of your rights; service of this Notice is in no way intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

    The procedure for filing a claim is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2), a person who receives Notice of Forfeiture by mail, and who wishes to file a claim to the forfeited property, must file a claim in the United States District Court for the District of Maryland under the above-styled case and number within thirty (30) days of his receipt.

    Pursuant to Section 853(n)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

                         Very truly yours,

                         Robert K. Hur
                         United States Attorney

                         Naquita Ervin, FSA Paralegal Specialist IV

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 18-CR-00018 CCB |
| | ) | |
| Ryan Farace | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 14, 2018 and ending on January 12, 2019. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2019 at Baltimore, MD.

Dana J. Brusca
AUSA

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## COURT CASE NUMBER: 18-CR-00018 CCB; NOTICE OF FORFEITURE

Notice is hereby given that on November 30, 2018, in the case of U.S. v. Ryan Farace,, Court Case Number 18-CR-00018 CCB, the United States District Court for the District of Maryland entered an Order condemning and forfeiting the following property to the United States of America:

$1,181,850.00 U.S. Currency (18-DEA-637914) which was seized from Joan Farace and Joseph Farace on January 16, 2018 at 3 William Court, located in Sparks, MD

$356,200.00 U.S. Currency (18-DEA-637916) which was seized from Ryan Joseph Farace aka Donald Gene Harper and Justin Dunkin on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

$2,676.00 U.S. Currency (18-DEA-637917) which was seized from Ryan Joseph Farace on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

2010 Lincoln Navigator VIN# 5LMJJ2J56AEJ02388 (18-DEA-638145) which was seized from Ryan Joseph Farace on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

2012 GMC Sierra VIN# 1GT125EG8CF149436 (18-DEA-638151) which was seized from Ryan Joseph Farace on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

Assorted Electronic Equipment, VL: $2,479,950.00 Ser No: See Items List (18-DEA-638482), including the following items: 11 MSI GeForce GTX 1080 Armor Graphic Card; 21 ASUS GeForce GTX 1070 ROG Video Card; 21 ASUS GeForce GTX 1060 ROG Video Card; 30 ASUS GeForce GTX 1070Ti ROG Graphic Card; 7 ASUS GeForce GTX 1080 ROG Video Card; 6 MSI GeForce GTX 1080Ti Duke Video Card; 4 MSI GeForce GTX 1080 Duke Video Card; 19 MSI GeForce GTX 1070Ti Duke Video Card; 6 MSI GTX 1080Ti Duke Graphic Card; 14 MSI VGA RX 580 Graphic Card; 4 MSI VGA RX 570 Graphic Card; 14 ASUS GeForce GTX 1070 Video Card; 28 ASUS Radeon RX 580 Graphic Card; 16 ASUS ROG GeForce GTX 1080Ti Graphic Card; 19 ASUS ROG GeForce GTX 1070Ti Gaming Card; 4 ASUS GeForce GTX 1070Ti Cerberus Video Card; 8 ASUS GeForce GTX 1060 Graphic Card; 7 PNY GeForce GTX 1070Ti Graphic Card; 19 PNY GeForce GTX 1060 Graphic Card; 37 PNY GeForce GTX 1070 XLR8 Graphic Card; 11 PNY GeForce GTX 1060 XLR8 Graphic Card; 10 PNY GeForce GTX 1080 XLR8 Graphic Card; 24 MSI Radeon RX 570 Armor Video Card; 9 MSI RX 580 Armor Graphic Card; 20 MSI RX 580 Gaming Graphic Card; 18 MSI GeForce GTX 1060 Graphic Card; 25 MSI GeForce GTX 1060 Afterburner Graphic Card; 14 XFX Radeon RX Vega 64 Graphic Card; 9 PNY GeForce GTX 1070Ti Graphic Card; 2 PNY GeForce GTX

1080Ti Graphic Card; 14 PowerColor Red Devil Radeon RX Vega; 18 VisionTek Radeon RX580 Graphic Card; 37 Gigabyte Radeon RX580 Graphic Card; 41 EVGA GeForce GTX 1070 SuperClocked Graphic Card; 93 PowerColor Red Devil Radeon RX580 Video Card; 1 DeepCool Gamer Storm Captain 120 RGB CPU Liquid Cooler; 1 DeepCool Gamer Storm Captain 120 EX RGB CPU Liquid Cooler; 35 GTX GeForce 1070Ti Graphic Card; 46 EVGA GeForce GTX 1060 Graphic Card; 163 PowerColor Red Devil RX 580; 47 Gigabyte GeForce GTX 1070 Graphic Card; 78 XFX Radeon RX 580 Graphic Card; 60 Gigabyte GeForce GTX 1080 Graphic Card; 92 EVGA FTW GeForce GTX 1070 Graphic Card; 28 Gigabyte GeForce GTX 1070Ti Graphic Card; 78 Aorus GeForce GTX 1080Ti Graphic Card; 38 MSI GeForce GTX 1070Ti Graphic Card; 115 MSI VGA RX 580 Graphic Card; 113 MSI Radeon RX 570 Video Card; 144 MSI VGA RX 580 Armor Graphic Card; 15 MSI GeForce GTX 1080 Graphic Card; 91 MSI Armor GeForce GTX 1070 Graphic Card; 28 MSI Gaming GeForce GTX 1060 Grahic Card; 51 MSI Gaming Aero GeForce GTX 1070 Grahic Card; 63 MSI Gaming Aero ITX GeForce GTX 1070 Graphic Card; 10 MSI Aero ITX GeForce GTX 1060 Video Card; 6 MSI GeForce GTX 1080Ti Video Card; 60 EVGA GeForce GTX 1060; 12 MSI GeForce GTX 1080Ti Aero Video Card; 40 ASUS ROG Strix Radeon RX 580 Graphic Card; 21 MSI GeForce GTX 1060 Video Card; 12 MSI GeForce GTX 1070 Armor Video Card; 37 Gigabyte Aorus GeForce GTX 1060 Graphic Card; 51 Gigabyte GeForce GTX 1070 Aorus Graphic Card; 22 Aorus GeForce GTX 1080 Graphic Card; 9 Gigabyte GeForce GTX 1080Ti Aorus Graphic Card; 5 Gigabyte GeForce GTX 1080Ti Aorus Extreme Graphic Card; 29 Gigabyte GeForce GTX 1060 Graphics Card; 45 Gigabyte GeForce GTX 1070 Windforce Graphics Card; 1 Gigabyte GeForce GTX 1070Ti Video Card; 15 Gigabyte GeForce GTX 1080 Windforce Graphic Card; 192 EVGA GeForce GTX 1070 Video Card; 48 Zotac GeForce GTX 1060 Graphic Card; 131 Zotac GeForce GTX 1070 Graphic Card; 37 Zotac GeForce GTX 1070Ti AMP Extreme Graphic Card; 14 Zotac GeForce GTX 1080Ti Graphic Card; 44 Zotac GeForce GTX 1080Ti AMP Graphic Card; 38 Zotac GeForce GTX 1070Ti AMP Extreme Graphic Card; 10 Thermaltake Water Riing RGB 360 Cooling System; 2 DeepCool Captain 240EX RGB Cooler; 3 Corsair Hydro H110i Extreme Cooler; 1 EVGA Supernova 1200 P2 Power Supply; 1 ASUS ROG Maximus X Hero Motherboard; 2 Samsung 850 EVO 1TB Internal SSD; 1 Corsair Hydro H80i v2 Cooler; 7 G Skill TridentZ RGB DDR4 Desktop Memory; 12 Samsung 850 Pro Internal SSD; 13 Samsung NVME Internal SSD; 2 Corsair Force MP500 960GB Internal Drive; 251 PowerColor Red Devil Radeon RX 580 Video Card; 30 EVGA Supernova 850 G3 Power Supply; 72 EVGA Supernova 1000 P2 Power Supply; 48 EVGA Supernova 1200 P2 Power Supply; 18 EVGA Supernova 750 P2 Power Supply; 23 EVGA Supernova 1600 G2 Power Supply; 9 EVGA Supernova 1600 P2 Power Supply; 4 EVGA Supernova 1300 G2 Power Supply; 4 EVGA Supernova 1600 T2 Power Supply; 12 EVGA Supernova 1000 G3 Power Supply; 11 Thermaltake Toughpower iRGB Plus Power Supply; 12 SilverStone Strider ST1100 80 Plus Power Supply; 16 SilverStone Strider ST1300 80 Plus Power Supply; 25 SilverStone Strider ST1500 80 Plus Power Supply; 2 Corsair HX1200 1200W 80 Plus Power Supply; 63 Sapphire Radeon Nitro RX 580 Graphic Card; 23 Seasonic Focus 850PX Plus Power Supply; 5 Seasonic 1000PX Plus Power Supply; 5 Gigabyte Aorus GTX 1070 Gaming Box; 4 ASUS ROG Rampage Extreme Motherboard; 1 EVGA X299 Motherboard; 2 MSI XPower Motherboard; 4 Lian Li Computer Case; 10 Sapphire Radeon Nitro RX 580 Graphic Card; 3 ASUS

GeForce GTX 1080Ti Turbo Video Card; 38 XFX GTS Radeon RX 580 Video Card; 1 Nvidia GeForce GTX Titan X; 9 MSI Radeon RX 570 Video Card; 14 Gigabyte Radeon RX Vega 64 Graphics Card which was seized from Ryan Joseph Farace on January 16, 2018 at Odin LLC, 16925 York Road, located in Hereford, MD

Assorted Electronic Equipment, VL: $15,384.00 Ser No: See Items List (18-DEA-638624), including the following items: 1 Sony PS4 Pro 1TB Console; 1 Microsoft Xbox One 1TB Console; 3 Microsoft Windows 10 Pro License; 3 Alienware 3440M 1900R Monitor; 4 Acer Predator XBI Monitor; 2 Acer Swift PG27V Monitor; 10 BenQ PD32004 Monitor; 1 Brother MFC-C8900 CDW All in One Fax/Copier/Printer/Scanner which was seized from Ryan Joseph Farace on January 16, 2018 at Odin LLC, 16925 York Road, located in Hereford, MD

Assorted Televisions, VL: $3,577.00 Ser No: See Items List (18-DEA-638741), including the following items: 2 Vizio 24" LED 1080p Smart HDTV; 1 Samsung 75" Curve TV which was seized from Ryan Joseph Farace on January 16, 2018 at Odin LLC, 16925 York Road, located in Hereford, MD

1,040.1905 Bitcoins, Approx. VL: $12,691,888.96 (18-DEA-638816) which was seized from Ryan Joseph Farace on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

Adam Equipment Nimbus Electronic Scale Ser No: AE9V0364 (18-DEA-638840) which was seized from Ryan Joseph Farace and Justin Dunkin on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

Assorted Televisions, VL: $26,000.00 Ser No: See Items List (18-DEA-638848), including the following items: 1 Samsung UN65KU6300FXA 65" Television, Ser No: 05J13CZH407491N; 1 Samsung UN78JU7500FXZA 78" Television, Ser No: 03JL3CAGA00984F; 1 Samsung UN78KS9800F 78" Television, Ser No: 05TG3CAH600063B; 1 Samsung UN65MU7000FXZA 65" Television, Ser No: 06JA2CCJ300912B; 1 Samsung QN65Q7FDMF 65" Television, Ser No: 06DS3CZJ302247 which was seized from Ryan Joseph Farace and Justin Dunkin on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

1,763 BitcoinCash, Approx. VL: $3,500,120.80 (18-DEA-638860) which was seized from Ryan Joseph Farace on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

Assorted Electronic Equipment, VL: $53,563.86 Ser No: See Items List (18-DEA-639093), including the following items: 6 Radeon RX Vega 56 Graphic Card; 6 Radeon RX Vega 64 Graphic Card; 6 Gigabyte GTX 1080 ITX 8gb Graphic Card; 6 EVGA GeForce FTX 1060 Graphic Card; 6 Gigabyte Aorus Radeon RX 580 8gb Graphic Card; 4 GeForce GTX 1070 Ti Graphic Card; 6 Duke GeForce GTX Graphic Card; 7 BitFenix Fan; 9 Phanteks Fan; 4 EVGA 1200 P2 1200w Power Supply; 1 EVGA 1300 G2 Power Supply; 1 EVGA 1600 G2 Power Supply; 7 Zotac GeForce GTX 1080 8gb 256bit Graphic Card; 2 Zotac Push the Limit 678188 5K Graphic Card; 4 Zotac GeForce GTX 1070 Mini 8gb 256bit Graphic Card; 6 Cooler Masters Mega Flow 200 Fan; 8 Phanteks Fan; 2 EVGA SuperNova 1200 P2 1200w

Power Supply; 1 EVGA SuperNova 1600 G2 1600w Power Supply; 12 Zotac GeForce GTX 1070 Mini 8gb 256bit Graphic Card; 6 Phanteks Fan; 1 EVGA 750 P2 SuperNova Power Supply; 1 EVGA 1600 P2 SuperNova Power Supply; 3 Intel Motherboard; 1 Intel E97379-003 Heatsink and Fan; 1 Plextor PX-128S3C Drive, Ser No: P02729102761; 1 Intel E97379-003 Heatsink and Fan which was seized from Ryan Joseph Farace on January 16, 2018 at Odin LLC, 16925 York Road, located in Hereford, MD

Bank of America, Account #446019534260, VL: $21,236.52 Acct# 446019534260 (18-DEA-639250) which was seized from Ryan Joseph Farace on January 16, 2018 at Bank of America, 11915 Reisterstown Road, located in Reisterstown, MD

Bank of America, Account #446031014904, VL: $15,754.01 Acct# 446031014904 (18-DEA-639254) which was seized from Ryan Joseph Farace on January 16, 2018 at Bank of America, 11915 Reisterstown Road, located in Reisterstown, MD

Wells Fargo, Account #1719443507, VL: $11,420.97 Acct# 1719443507 (18-DEA-639287) which was seized from Odin LLC on January 16, 2018 at Wells Fargo, 11975 Reisterstown Road, located in Reisterstown, MD

Wells Fargo, Account #6792810241, VL: $9,049.58 Acct# 6792810241 (18-DEA-639326) which was seized from Ryan Joseph Farace on January 16, 2018 at Wells Fargo, 11975 Reisterstown Road, located in Reisterstown, MD

Wells Fargo, Account #1793015940, VL: $5,513.70 Acct# 1793015940 (18-DEA-639335) which was seized from Ryan Joseph Farace on January 16, 2018 at Wells Fargo, 11975 Reisterstown Road, located in Reisterstown, MD

24K Gold $50 American Buffalo Coin (18-DEA-639416) which was seized from Ryan Joseph Farace and Justin Dunkin on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

Assorted Jewelry, VL: $14,723.00 (18-DEA-639460), including the following items: 1 1 Pair Platinum, Diamond Stud Earrings; 1 1 Pair 14K White Gold, Black Diamond Stud Earrings; 1 1 Pair 18K Yellow Gold, Diamond Stud Earrings; 1 1 Pair Platinum, Princess Cut Black Diamond Stud Earrings which was seized from Ryan Joseph Farace and Justin Dunkin on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

77,285.81836727 DigiByte, Approx. VL: $4,386.13 Acct# N/A (18-DEA-639486) which was seized from Robert Colin Swain on January 16, 2018 at 19621 Middletown Road, located in Freeland, MD

Assorted Electronic Equipment, VL: $19,931.97 Ser No: See Items List (18-DEA-639487), including the following items: 2 Sapphire Nitro Video Card; 5 EVGA GeForce GTX1070 Video Card; 5 PowerColor Red Devil Video Card; 6 MSI Generic Video Card; 2 GSkill RipJaw DDR; 4 Team Group Elite Plus DDR; 1 Samsung Solid State Drive; 2 Jidetech Switch 8 Port; 3 EVGA SuperNOVA Power Supply; 2 PowerColor Red Devil Video Card; 2 ASUS STRIX Video Card; 2 ASUS

GeForce GTX 1070 Video Card; 3 XFX Video Card; 2 EVGA SuperNOVA Power Supply; 2 SanDisk SSD Plus Solid State Drive; 3 Generic Video Cards; 2 2 Generic Motherboards which was seized from Ryan Joseph Farace and Justin Dunkin on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

9 Monero, Approx. VL: $2,877.84 Acct# NA (18-DEA-639514) which was seized from Ryan Joseph Farace on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

100.9949777 Bitcoin Gold, Approx. VL: $21,180.81 (18-DEA-639515) which was seized from Ryan Joseph Farace on January 16, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

111.12373974 Bitcoin, Approx. VL: $1,176,217.72 Acct# NA (18-DEA-640057) which was seized from Ryan Joseph Farace aka Donald Gene Harper on March 07, 2018 at 2303 Knox Avenue, located in Reisterstown, MD

$20,620.00 U.S. Currency (18-USP-000747) which was seized from Ryan Farace on January 16, 2018 at 2303 Knox Ave, located in Reisterstown, MD

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (December 14, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 101 W. Lombard Street, Baltimore, MD 21201, and a copy served upon Assistant United States Attorney Dana J. Brusca, 36 S. Charles Street, Fourth Floor, Baltimore, MD 21201. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be

made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Dana J. Brusca, 36 S. Charles Street, Fourth Floor, Baltimore, MD 21201. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 14, 2018 and January 12, 2019.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Ryan Farace,

**Court Case No:**      18-CR-00018 CCB
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/14/2018 | 24.0 | Verified |
| 2 | 12/15/2018 | 24.0 | Verified |
| 3 | 12/16/2018 | 24.0 | Verified |
| 4 | 12/17/2018 | 24.0 | Verified |
| 5 | 12/18/2018 | 24.0 | Verified |
| 6 | 12/19/2018 | 24.0 | Verified |
| 7 | 12/20/2018 | 24.0 | Verified |
| 8 | 12/21/2018 | 24.0 | Verified |
| 9 | 12/22/2018 | 24.0 | Verified |
| 10 | 12/23/2018 | 24.0 | Verified |
| 11 | 12/24/2018 | 24.0 | Verified |
| 12 | 12/25/2018 | 24.0 | Verified |
| 13 | 12/26/2018 | 24.0 | Verified |
| 14 | 12/27/2018 | 24.0 | Verified |
| 15 | 12/28/2018 | 24.0 | Verified |
| 16 | 12/29/2018 | 24.0 | Verified |
| 17 | 12/30/2018 | 24.0 | Verified |
| 18 | 12/31/2018 | 24.0 | Verified |
| 19 | 01/01/2019 | 24.0 | Verified |
| 20 | 01/02/2019 | 24.0 | Verified |
| 21 | 01/03/2019 | 24.0 | Verified |
| 22 | 01/04/2019 | 24.0 | Verified |
| 23 | 01/05/2019 | 24.0 | Verified |
| 24 | 01/06/2019 | 24.0 | Verified |
| 25 | 01/07/2019 | 24.0 | Verified |
| 26 | 01/08/2019 | 24.0 | Verified |
| 27 | 01/09/2019 | 24.0 | Verified |
| 28 | 01/10/2019 | 24.0 | Verified |
| 29 | 01/11/2019 | 24.0 | Verified |
| 30 | 01/12/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.