IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 18-0018** |
| | * | |
| **RYAN FARACE** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## MOTION TO STRIKE PREVIOUSLY FILED
## MOTION FOR PRELIMINARY ORDER OF FORFEITURE (ECF 78)

The United States of America, by its counsel, hereby moves to strike the Motion for Preliminary Order of Forfeiture ("Preliminary Order") as to Ryan Farace (the "Defendant") entered by the Court on May 8, 2019. ECF 78. This pleading seeks a duplicate of the Preliminary Order of Forfeiture entered by this Court on November 30, 2018, (ECF 72), rather than the Motion for an <u>Amended</u> Preliminary Order, as intended. Thus, ECF 78 was filed mistakenly and the United States seeks to strike it. The intended motion for an amended order will be filed promptly following this motion to strike.

A proposed order to strike is attached hereto for the convenience of the Court.

Respectfully Submitted,

ROBERT K. HUR
United States Attorney

By: _/s/_ _____
Dana J. Brusca
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. 18-0018 |
| | * | |
| **RYAN FARACE,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\*\*\*\*\*\*\*

**ORDER TO STRIKE**
**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

On November 30, 2018, this Court entered a Preliminary Order of Forfeiture (ECF 72) as to Ryan Farace (the "Defendant") in accordance with his plea agreement and as part of his sentencing. On May 8, 2019, the government erroneously filed a Motion for Preliminary Order of Forfeiture seeking the same relief. ECF 78. The United States now moves to strike the Motion for Preliminary Order of Forfeiture, ECF 78, as it was filed mistakenly. For the reasons provided in the United States' Motion to Strike, it is

**HEREBY ORDERED** that Motion for a Preliminary Order of Forfeiture (ECF 78) is stricken.

IT IS SO ORDERED.


Date: _____          _____
                             Catherine C. Blake
                             United States District Judge