IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. 18-0018 |
| RYAN FARACE, | * |
| Defendant. | * |

*******

## ORDER TO STRIKE
## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

On November 30, 2018, this Court entered a Preliminary Order of Forfeiture (ECF 72) as to Ryan Farace (the "Defendant") in accordance with his plea agreement and as part of his sentencing. On May 8, 2019, the government erroneously filed a Motion for Preliminary Order of Forfeiture seeking the same relief. ECF 78. The United States now moves to strike the Motion for Preliminary Order of Forfeiture, ECF 78, as it was filed mistakenly. For the reasons provided in the United States' Motion to Strike, it is

**HEREBY ORDERED** that Motion for a Preliminary Order of Forfeiture (ECF 78) is stricken.

IT IS SO ORDERED.

Date: 8/26/19

Catherine C. Blake
United States District Judge