**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 SEP 17 PM 1:40
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 18-CR-00018 |
| DEFENDANT | TYPE OF PROCESS |
| Ryan Farace, et al. | Forfeiture and Disposal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
See list below of Asset IDs, DEA Case No. GC-16-0093

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Christine Clarke, Paralegal II
U.S. Attorney's Office
36 S. Charles Street, 4th floor
Baltimore, Maryland 21201

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

All property in the attached order of forfeiture is finally forfeited.

Please convert all cryptocurrency including in the attached order of forfeiture (asset IDs 18-DEA-640057, 18-DEA-640057, 18-DEA-639515, 18-DEA-639514, 18-DEA-639486, 18-DEA-638860, 18-DEA-638816), and deposit funds to the Asset Forfeiture Fund.

Please sell vehicle (asset ID 18-DEA-638145) and deposit funds to the Asset Forfeiture Fund.

Please deposit all currency (asset IDs 18-DEA-637914, 18-DEA-637916, 18-DEA-637917) to the Asset Forfeiture Fund.

Please sell electronic equipment (18-DEA-638840) and deposit the proceeds of the sale to the Asset Forfeiture Fund.

Please convert all bank accounts (asset IDS 18-DEA-639335, 18-DEA-639326, 18-DEA-639287, 18-DEA-639254, 18-DEA-639250) and deposit the seized cash to the Asset Forfeiture Fund.

Please sell all jewelry and one coin (asset IDs 18-DEA-639460 and 18-DEA-639416), and deposit the proceeds of the sale to the Asset Forfeiture Fund.

The following asset ID's are to be held for official use pending USAO approval: 18-DEA-638482, 18-DEA-638151, 18-DEA-638624, 18-DEA-638848, 18-DEA-639093, 18-DEA-639487, 18-DEA-638741.

| Signature of Attorney or other Originator requesting service on behalf of: /s/ Dana J. Brusca | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 410-209-4800 | DATE 9/4/19 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 37 | District to Serve No. 37 | Signature of Authorized USMS Deputy or Clerk | Date 9/4/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/4/19
Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee $55— | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $55— | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS: The following assets were forfeited + transferred to the AFF per the forfeiture Order on 9-4-2019: 18-DEA-639335/$5513.70, 18-DEA-639254/$15,754.01, 18-DEA-639250/$21,236.52, 18-DEA-637917/$2,676.00, 18-DEA-637916/$356,200.00, 18-DEA-637914/$1,181,850.00

Entered and Executed into JDIS on 9-17-19