# POWER OF ATTORNEY FOR RYAN FARACE

## MARYLAND PERSONAL FINANCIAL POWER OF ATTORNEY

## IMPORTANT INFORMATION AND WARNING

You should be very careful in deciding whether or not to sign this document. The powers granted by you (the principal) in this document are broad and sweeping. This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you. You need not grant all of the powers listed below. If you choose to grant less than all of the listed powers, you may instead use a Maryland Limited Power of Attorney and mark on that Maryland Limited Power of Attorney which powers you intend to delegate to your attorney–in–fact (the Agent) and which you do not want the Agent to exercise. This power of attorney becomes effective immediately unless you state otherwise in the Special Instructions. You should obtain competent legal advice before you sign this power of attorney if you have any questions about the document or the authority you are granting to your agent.

1

## DESIGNATION OF AGENTS

I, **RYAN FARACE,** current permanent address 3 William Court, Sparks, Maryland, 21152, the Principal, Name the following two (2) people as my agents:

Name of Agent:   Joseph Farace

Agent's Address:   3 William Court
Sparks, Maryland 21152

Agent's Telephone Number:  410-790-3255

    And

Name of Agent:   Joan Farace

Agent's Address:   3 William Court
Sparks, Maryland 21152

Agent's Telephone Number:  410-846-8484

## NO SUCCESSOR AGENTS ARE NAMED OR AUTHORIZED

## GRANT OF GENERAL AUTHORITY

I ("the principal") grant my agents, with respect to each subject listed below, the authority to do all acts that I could do to:

(1) Contract with another person, on terms agreeable to the agent, to accomplish a purpose of a transaction and perform, rescind, cancel, terminate, reform, restate, release, or modify the contract or another contract made by or on behalf of the principal;

(2) Execute, acknowledge, seal, deliver, file, or record any instrument or communication the agent considers desirable to accomplish a purpose of a transaction;

(3) Seek on the principal's behalf the assistance of a court or other governmental agency to carry out an act authorized in this power of attorney;

(4) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to a claim existing in favor of or against the principal or intervene in litigation relating to the claim;

(5) Engage, compensate, and discharge an attorney, accountant, discretionary investment manager, expert witness, or other advisor;

(6) Prepare, execute, and file a record, report, or other document to safeguard or promote the principal's interest under a statute or regulation and communicate with representatives or employees of a government or governmental subdivision, agency, or instrumentality, on behalf of the principal; and

(7) Do lawful acts with respect to the subject and all property related to the subject.

My agents' authority shall include the authority to act as stated below with regard to each of the following subjects:

## SUBJECTS AND AUTHORITY

### Real property

With respect to this subject, I authorize my agents to: demand, buy, sell, convey, lease, receive, accept as a gift or as security for an extension of credit, or otherwise acquire or reject an interest in real property or a right incident to real property; pledge or mortgage an interest in real property or right incident to real property as security to borrow money or pay, renew, or extend the time of payment of a debt of the principal or a debt guaranteed by the principal, including a reverse mortgage; release, assign, satisfy, or enforce by litigation or otherwise a mortgage, deed of trust, conditional sale contract, encumbrance, lien, or other claim to real property that exists or is asserted; and manage or conserve an interest in real property or a right incident to real property owned or claimed to be owned by the principal, including:

(1)     insuring against liability or casualty or other loss;

(2)     obtaining or regaining possession of or protecting the interest or right by litigation or otherwise;

(3)     paying, assessing, compromising, or contesting taxes or assessments or applying for and receiving refunds in connection with them; and

(4) purchasing supplies, hiring assistance or labor, and making repairs or alterations to the real property.

4

## Stocks and bonds

With respect to this subject, I authorize my agents to: buy, sell, and exchange stocks and bonds; establish, continue, modify, or terminate an account with respect to stocks and bonds; pledge stocks and bonds as security to borrow, pay, renew, or extend the time of payment of a debt of the principal; receive certificates and other evidences of ownership with respect to stocks and bonds; exercise voting rights with respect to stocks and bonds in person or by proxy, enter into voting trusts, and consent to limitations on the right to vote.

## Banks and other financial institutions

With respect to this subject, I authorize my agents to: continue, modify, and terminate an account or other banking arrangement made by or on behalf of the principal; establish, modify, and terminate an account or other banking arrangement with a bank, trust company, savings and loan association, credit union, thrift company, brokerage firm, or other financial institution selected by the agent; contract for services available from a financial institution, including renting a safe deposit box or space in a vault; withdraw, by check, money order, electronic funds transfer, or otherwise, money or property of the principal deposited with or left in the custody of a financial institution; receive statements of account, vouchers, notices, and similar documents from a financial institution and act with respect to them; enter a safe deposit box or vault and withdraw or add to the

contents; borrow money and pledge as security personal property of the principal necessary to borrow money or pay, renew, or extend the time of payment of a debt of the principal or a debt guaranteed by the principal; make, assign, draw, endorse, discount, guarantee, and negotiate promissory notes, checks, drafts, and other negotiable or nonnegotiable paper of the principal or payable to the principal or the principal's order, transfer money, receive the cash or other proceeds of those transactions; and apply for, receive, and use credit cards and debit cards, electronic transaction authorizations, and traveler's checks from a financial institution.

**Insurance and annuities**

With respect to this subject, I authorize my agents to: continue, pay the premium or make a contribution on, modify, exchange, rescind, release, or terminate a contract procured by or on behalf of the principal that insures or provides an annuity to either the principal or another person, whether or not the principal is a beneficiary under the contract; procure new, different, and additional contracts of insurance and annuities for the principal and select the amount, type of insurance or annuity, and mode of payment; pay the premium or make a contribution on, modify, exchange, rescind, release, or terminate a contract of insurance or annuity procured by the agent; apply for and receive a loan secured by a contract of insurance or annuity; surrender and receive the cash surrender value on a contract of insurance or annuity; exercise an election; exercise investment

6

powers available under a contract of insurance or annuity; change the manner of paying premiums on a contract of insurance or annuity; change or convert the type of insurance or annuity with respect to which the principal has or claims to have authority described in this section; apply for and procure a benefit or assistance under a statute or regulation to guarantee or pay premiums of a contract of insurance on the life of the principal; collect, sell, assign, hypothecate, borrow against, or pledge the interest of the principal in a contract of insurance or annuity; select the form and timing of the payment of proceeds from a contract of insurance or annuity; pay, from proceeds or otherwise, compromise or contest, and apply for refunds in connection with a tax or assessment levied by a taxing authority with respect to a contract of insurance or annuity or the proceeds or liability from the contract of insurance or annuity accruing by reason of the tax or assessment.

## Claims and litigation

With respect to this subject, I authorize my agents to: assert and maintain before a court or administrative agency a claim, claim for relief, cause of action, counterclaim, offset, recoupment, or defense, including an action to recover property or other thing of value, recover damages sustained by the principal, eliminate or modify tax liability, or seek an injunction, specific performance, or other relief; act for the principal with respect to bankruptcy or insolvency, whether voluntary or involuntary, concerning the principal or some other person, or with

7

respect to a reorganization, receivership, or application for the appointment of a receiver or trustee that affects an interest of the principal in property or other thing of value; pay a judgment, award, or order against the principal or a settlement made in connection with a claim or litigation; and receive money or other thing of value paid in settlement of or as proceeds of a claim or litigation.

**Benefits from governmental programs or civil or military service (including any benefit, program, or assistance provided under a statute or regulation including Social Security, Medicare, and Medicaid)**

With respect to this subject, I authorize my agents to: execute vouchers in the name of the principal for allowances and reimbursements payable by the United States or a foreign government or by a state or subdivision of a state to the principal; enroll in, apply for, select, reject, change, amend, or discontinue, on the principal's behalf, a benefit or program; prepare, file, and maintain a claim of the principal for a benefit or assistance, financial or otherwise, to which the principal may be entitled under a statute or regulation; initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation concerning a benefit or assistance the principal may be entitled to receive under a statute or regulation; and receive the financial proceeds of a claim described above and conserve, invest, disburse, or use for a lawful purpose anything so received.

8

**Retirement plans (including a plan or account created by an employer, the principal, or another individual to provide retirement benefits or deferred compensation of which the principal is a participant, beneficiary, or owner, including a plan or account under the following sections of the Internal Revenue Code: (1) an individual retirement account under Internal Revenue Code Section 408, 26 U.S.C. § 408; (2) a Roth individual retirement account under Internal Revenue Code Section 408(a), 26 U.S.C. § 408(A); (3) a deemed individual retirement account under Internal Revenue Code Section 408(q), 26 U.S.C. § 408(q); (4) an annuity or mutual fund custodial account under Internal Revenue Code Section 403(b), 26 U.S.C. § 403(b); (5) a pension, profit–sharing, stock bonus, or other retirement plan qualified under Internal Revenue Code Section 401(a), 26 U.S.C. § 401(a); (6) a plan under Internal Revenue Code Section 457(b), 26 U.S.C. § 457(b); and (7) a nonqualified deferred compensation plan under Internal Revenue Code Section 409(a), 26 U.S.C. § 409(A)**

With respect to this subject, I authorize my agents to: select the form and timing of payments under a retirement plan and withdraw benefits from a plan; make a rollover, including a direct trustee–to–trustee rollover, of benefits from one retirement plan to another; establish a retirement plan in the principal's name; make contributions to a retirement plan; exercise investment powers available under a retirement plan; borrow from, sell assets to, or purchase assets from a retirement plan. Taxes – With respect to this subject, I authorize my agent to: prepare, sign, and file federal, state, local, and foreign income, gift, payroll, property, federal insurance contributions act, and other tax returns, claims for refunds, requests for extension of time, petitions regarding tax matters, and other tax–related documents, including receipts, offers, waivers, consents, including consents and agreements under Internal Revenue Code Section 2032(a), 26 U.S.C.

§ 2032(a), closing agreements, and other powers of attorney required by the Internal Revenue Service or other taxing authority with respect to a tax year on which the statute of limitations has not run and the following 25 tax years; pay taxes due, collect refunds, post bonds, receive confidential information, and contest deficiencies determined by the Internal Revenue Service or other taxing authority; exercise elections available to the principal under federal, state, local, or foreign tax law; and act for the principal in all tax matters for all periods before the Internal Revenue Service, or other taxing authority.

**SPECIAL INSTRUCTIONS (OPTIONAL) YOU MAY GIVE SPECIAL INSTRUCTIONS ON THE FOLLOWING LINES:**

_____

_____

_____

_____

_____

_____

_____

_____

**EFFECTIVE DATE**

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

## TERMINATION DATE (OPTIONAL)

This power of attorney shall terminate on_____,

20_____. (Use a specific calendar date if setting termination date.)

## NOMINATION OF GUARDIAN (OPTIONAL)

If it becomes necessary for a court to appoint a guardian of my estate or

guardian of my person, I nominate the following person(s) for appointment:

Name of nominee for guardian of my property:

( ) My agent, Joseph Farace, named above

or

_____

Nominee's address:     _____

_____

_____

Nominee's telephone number:   _____

Name of nominee for guardian of my person:

( ) My agent, Joseph Farace, named above

or

_____

Nominee's address:          _____

                            _____

                            _____

Nominee's telephone number: _____

## SIGNATURE AND ACKNOWLEDGMENT

_Ryan Farace_ _____          _05/07/18_____
Ryan Farace (Signature)                          Date

_Ryan Farace_ _____
Ryan Farace (Printed)

_____

_3 William Ct   sparks, MD  21152_____
Ryan Farace Address

_410 - 245 - 4651_____
Ryan Farace Telephone Number

STATE OF MARYLAND
(COUNTY) OF _Maryland, Baltimore County_

This document was acknowledged before me on _5/7/2018_ (Date),

By: **RYAN FARACE** to be his/her act.

_____ (SEAL, IF ANY)
Signature of Notary

My commission expires: _10/4/2020_

## WITNESS ATTESTATION

The foregoing power of attorney was, on the date written above, published and declared by **RYAN FARACE** (Name of Principal) in our presence to be his/her power of attorney. We, in his/her presence and at his/her request, and in the presence of each other, have attested to the same and have signed our names as attesting witnesses.

_W. Hart_
Witness #1 Signature

_W. Hart_
Witness #1 Name Printed

_401 E. Madison Street_
_Baltimore, MD 21202_
Witness #1 Address

_410-625-5236_
Witness #1 Telephone Number

13

_____
Witness #2 Signature

_____
Witness #2 Name Printed

_____
401 E. Madison St
Baltimore, MD 21202
Witness #2 Address

_____
410 625-5230
Witness #2 Telephone Number"