

April 14, 2020

Dear Honorable Judge Catherine C. Blake,

    We are writing this letter to you to request the possible release of our son, Ryan Farace, from the Bureau of Federal Prison (BOP) in Petersburg, Virginia, as you were the judge involved in his case. It is our hope that he can be returned back to our home in Baltimore County, Maryland; so he can begin a drug treatment program which he desperately needs to start as soon as possible. He has been in federal prison for over 2 years yet has not been started on or been placed in any type of drug treatment program. Our son feels that in order to successfully complete a drug program, he needs to receive the medication Suboxone, along with other individual and group treatment. He has been using opioids for ~15 years. He feels that his drug use over this time has actually affected his brain chemistry, and he absolutely needs to receive the Suboxone to function and take away his opioid craving. This drug does not cause any euphoria, but it eliminates his cravings and stops any very unpleasant withdrawal symptoms. Our hope is that, in time, he could possibly come off this medication. He also complains of constant urinary urgency, and he says that the Suboxone helps to relieve this problem. However, this medication, Suboxone, is presently not allowed or given to inmates in the federal prison system and it is routinely used with people who are receiving drug treatment and are not incarcerated. It is referred to as Medication Assisted Treatment (MAT) for drug treatment. If he does not receive this treatment, we feel he might very well fail at his rehabilitation.

    Our family is a very close family unit and we are very supportive of each other. Both my husband and I (Ryan's mom) are retired therapist's. Previously, I was employed for 38 years as an Occupational Therapist in Maryland, and my husband as an OT Assistant, for 21 years. We worked in a variety of hospitals and nursing homes in Maryland and were directly involved in the team rehabilitation of patients with both physical and psychological disabilities. We know what is involved in the rehabilitation of a person with drug dependency. We feel that with our experience, we can provide him the support he needs to be successful. We love him deeply, and he is our only son. We will always be there to guide and support him as long as we are alive and able to do so.

    We are also very worried about our son's wellbeing during this pandemic of COVID19. Our communication with our son has been very limited, not by our choice. Presently, we are only able to speak to him via the mail, and that takes several days. He is worried about us, and we are constantly worried about him.

    If our son were to be placed on home confinement, we have a large house and he could come stay with us immediately. We would like him to receive outpatient drug rehabilitation in Baltimore County, on the grounds of Sheppard and Enoch Pratt Hospital, at the KOLMAC Outpatient Recovery Center, located there in Towson, Maryland. It is about 20 minutes from our home. It is an excellent program that can provide the Suboxone, along with individual and group treatments on a daily basis. He could also see any medical doctors for his medical concerns, and receive much needed dental treatment

on a periodic basis. Since we are both retired and available, we can provide all needed transportation for him.

In conclusion, we feel our son has suffered and has also learned a lot during his time in prison. He is more than halfway through his imposed sentence. We are very hopeful that you can be empathetic and compassionate to consider his special needs to be successful with his drug treatment, and begin that treatment as soon as possible, so he can turn his life around. Presently ,he is receiving none of this and it is futile, and not helping him at all. We also hope for him to begin receiving his needed medical and dental treatments. We also worry that with the rapid spread of COVID19 in the prison systems and the lack of sanitary conditions, this places him at a high risk for infection. We know this will not be a simple process, but we plan on being there 100% to provide our support and assist him in every way possible.

Sincerely yours,

Joan and Joseph Farace (Ryan's parents)