My term ... you can email and send to grand [illegible]
or whoever Read!

Dear Warden Andrews,

I'm writting you, to please urge you to consider me for early release into home confinement, In wake of the Covid-19 Pandemic. I'm currently serving time for 2 non violent charges. (Drug Conspiracy + Money laundering Conspiracy) I have less then 2yrs remaining on my sentance. This is my first time being incarcerated. I have an extremely low recidivism level. Plus I currently have only 13 pts and as soon as my unit team gets my high school diploma, I will have 11 pts. We all have love ones who desparately need us, my family included. They are struggling and desparately need me out of prison. My mother + father are getting old and have no one to help them. My sister just had a baby and i'm very excited to be a loving uncle to this child. I'm 36 years old and I desparately want to start a family of my own and have children. I have the utmost confidence that I will not reoffend and ill tell you why. I'm ambitious, driven and educated. I'm the co owner of a drug treatment facility and have intentions to start another business enterprise upon my release. I still have a home to goto and people who love me. Coming to prison has made me realize how very fortunate I am. The problem that led me to commit these crimes, was my struggles with drug addiction. I still struggle to this very day. However, I have already discussed with my family plans to seek treatment upon my own fruition. I have proven in the past with proper treatment that I can and will remain clean upon my release. The treatment I need in not attainable in prison and it is proven that you can not incarcerate addiction out of a Drug addiction. It is with this plan that I know I can and will succeed. My family is on board, Im on board and I know it is time to make a change. I also have other documented medical problems, that cannot be treated in prison. Please Sir, I ask that you take into consideration my early release into home confinement, contingent that I seek immediate treatment upon release.
Thanks Sincerely Ryan Farace 63661-037