# Maryland High School Diploma

*This is to certify that* **Ryan Joseph Farace**
*has completed in a satisfactory manner at the*

## Hereford High

*a program of studies in accordance with the requirements of the State Board of Education for graduation from an approved High School and is therefore awarded this*

## Diploma

*In Testimony whereof, the seal of the Board of Education of Baltimore County and the signatures required by law are hereunto affixed this 5th day of June,* **2002.**

*John Bereska*
Principal of School

*Nancy Grasmick*
State Superintendent of Schools


SEAL

*Donald Arnold*
Chair, Board of Education

*Joe A. Hairston*
County Superintendent of Schools

# BALTIMORE COUNTY PUBLIC SCHOOLS

Darryl L. Williams, Ed.D., Superintendent          6901 Charles Street          Towson, Maryland 21204

**February 13, 2020**

**TO WHOM IT MAY CONCERN:**

RE: The school record of *RYAN JOSEPH FARACE.*

**X**     Enclosed is an official copy of his/her <u>Maryland High School Diploma</u> from *HEREFORD HIGH.*

An official transcript bears the stamp verifying the document is issued by Baltimore County Public Schools, a signature certifying the document's authenticity, and should be sealed upon receipt. Official transcripts are legal sensitive documents whose release requires a written signature. Upon sending you this information, we are legally required to provide you with a written statement informing you that by law (Public Law 93-380) you cannot subsequently release the information or any data contained within in personally identifiable form, to any other party without obtaining the written consent of one of the parents, legal guardian, or the student in the case of an eligible student.

Regarding official transcripts, GPA's are calculated by adding up the quality points allowed for each letter grade and then dividing that number by the total number of credits attempted. The letter grades for *Baltimore County Public Schools* carry the following points: A = 4, B = 3, C = 2, and D = 1. Half credits are counted as half of what the full credit values are as follows: A = 2.0, B = 1.5, C = 1.0, and D = 0.5. Please note that most transcripts archived by our school system prior to our 2009 graduates do not list class rank. Additionally, if only the year shows on the transcript, it is to be assumed that the graduation month is June of the year indicated, and the year of graduation should coincide with the last grading label or grading box showing on the transcript. If there is no indication of graduation and a **WD** shows on the form with a month and date, it is to be assumed that the student did not graduate, but rather, was withdrawn as of the date indicated. Further, if the words *"Baltimore County Public Schools"* show in lieu of a specific high school name, this indicates the student was last enrolled in the BCPS Evening High program. Also, if a student attended more than one high school within our system, please know that the records for all of the high school history (if we have it) will still be shown on one document only. We do not issue separate transcripts for each school attended. Additionally, most transcripts prior to 2010 are pulled from microfilm so the copy you are receiving is the **best copy we can provide you. Finally, the State of Maryland requires that ONLY the high school transcript must be archived if the student attended long enough to generate one.** All other records are shredded or forwarded to the next school if the student transferred from our high school. Nothing else exists, and we do not complete outside forms.

Should you have additional questions, please contact **Ms. Veronica Henderson at 443-809-5511.** Our mailing address is: *Baltimore County Public Schools; Attn: Ms. Henderson; 9611 Pulaski Park Dr – Ste 307; Baltimore, MD 21220.* Thank you for your care in complying.

Sincerely,

*[signature]*

**Melanie Martin – Coordinator**
**Office of School Counseling**

MM/vmch

*Raising the bar - Closing gaps - Preparing for our future*