Joseph Farace
3 William Court
Sparks, Md. 21152

Clerk of the US District Court for the District of Maryland in Baltimore
101 W. Lombard Street
Baltimore, Maryland 21201