CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST
05/13/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL



ZIP 21201
041M11464066

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAY 2 2 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

Ryan Farace
Reg. No. 63661-037
FCI Petersburg Low
1100 River Road
Hopewell, Virginia 23860

NIXIE      231   FE 1          0005/16/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 21201260599    *0527-04201-13-45

23860316599CE
21201>2605