# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

May 12, 2020

Mr. Ryan Farace
Reg. No. 63661-037
FCI Petersburg Low
1100 River Road
Hopewell, Virginia 23860

Re:     *United States v. Ryan Farace*
        Criminal No. CCB-18-0018

Dear Mr. Farace:

I am considering your motion for compassionate release filed on April 20, 2020. Pursuant to 18 U.S.C. § 3582(c)(1)(A), the court may not consider such a motion until "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." Accordingly, I ask that you send to the court, within 30 days, documentation showing compliance with this provision.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

cc: AUSA David Salem