# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**

FILED ____ ENTERED ____
LOGGED ____ RECEIVED ____

SEP 06 2021

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 18-CR-00018 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ryan Farace | Forfeiture and Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
18-DEA-638482, 18-DEA-638624, 18-DEA-639093, **18-DEA-639487**/ DEA Case No. GC-16-0093

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Karina Smolyuk, Data Analyst
U.S. Attorney's Office
36 S. Charles Street, 4th floor
Baltimore, Maryland 21201

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Property is forfeited. Please sell/liquidate the Assorted Electronic Equipment that was seized from the Defendant, Ryan Farace.

Signature of Attorney or other Originator requesting service on behalf of:
/s/ Tamera Fine
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 410-209-4800
DATE: 11/7/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. 3? | No. 3? | Rebecca Patten | 11/7/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/7/21
Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Assorted Electronic Equipment was sold on online Sold on 10/13/20, 12/10/20 and 1/7/21

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt