IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-18-0018 |
| | * | |
| RYAN FARACE, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

**ENTRY OF APPEARANCE**

MADAM CLERK:

    Please enter the appearance of Jennifer L. Wine as counsel for the United States of America for forfeiture purposes only in the above-captioned case.

                                        Respectfully submitted,

                                        Erek L. Barron
                                        United States Attorney

By: _____
       Jennifer L. Wine
       Assistant United States Attorney