IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-18-0018 |
| | * | |
| RYAN FARACE, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## ORDER AMENDING THE AMENDED PRELIMINARY ORDER OF FOFEITURE TO INCLUDE SUBSEQUENTLY LOCATED PROPERTY

WHEREAS, the defendant, Ryan Farace (the "Defendant"), pled guilty pursuant to a written plea agreement to Counts One and Six of the Superseding Indictment charging him, respectively, with conspiracy to manufacture, distribute, and possess with intent to distribute alprazolam, in violation of 21 U.S.C. § 846, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h);

WHEREAS, the Court having previously entered an Amended Preliminary Order of Forfeiture on August 30, 2019 (ECF No. 93) pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a);

WHEREAS, following the entry of the Amended Preliminary Order of Forfeiture, the Government recovered the following assets:

    a.    22.30267654 bitcoin recovered on or about January 7, 2020 from a Bitpay account successfully recreated from a recovery seed seized during execution of a search warrant at the Defendant's residence on January 16, 2018 (Asset ID 20-DEA-659377); and

    b.    2.00601444 bitcoin recovered on or about March 11, 2020 through additional analysis of a computer seized during execution of a search warrant at the Defendant's home in Sparks, Maryland on January 16, 2018 (Asset ID 20-DEA-661425)

(collectively, the "Subsequently Located Property"); and

Now, therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1.　The Government's Motion to Amend the Amended Preliminary Order of Forfeiture to Include Subsequently Located Property is **GRANTED**.

2.　All of the Defendant's right, title, and interest in the Subsequently Located Property is forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(a), and Fed. R. Crim. P. 32.2(e)(1)(A).

3.　The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

4.　Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish, for thirty (30) consecutive calendar days on the government forfeiture website www.forfeiture.gov, notice of the forfeiture of the Subsequently Located Property and notice of the United States' intent to dispose of the Subsequently Located Property.

5.　Pursuant to 21 U.S.C. § 853(n)(1), the United States shall give, to the extent practicable, direct written notice to any person known to have alleged an interest in the Subsequently Located Property to be forfeited.

6.　Pursuant to 21 U.S.C. § 853(n)(2) and (3), the notice referred to above shall state: (a) that any person, other than the Defendant, asserting a legal interest in the Subsequently Located Property, shall, within sixty (60) days after the first day of publication on the government forfeiture website or within thirty (30) days after receipt of actual notice, whichever is earlier, file a petition with the United States District Court for the District of Maryland, requesting a hearing to adjudicate the validity of his or her interest in the Subsequently Located

Property; and (b) that the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subsequently Located Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Subsequently Located Property, any additional facts supporting the petitioner's claim, and the relief sought.

7.	Pursuant to 21 U.S.C. § 853(n)(7), following the Court's disposition of all petitions filed under 21 U.S.C. § 853(n)(6), or if no such petitions are filed following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of such petitions, the United States shall have clear title to the Subsequently Located Property.

8.	Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), and Rule 32.2(c) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

9.	The Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

_____
Hon. Catherine C. Blake
United States District Judge

Dated: _____