IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-18-18 |
| | * | |
| RYAN FARACE, | * | |
| | * | |
| Defendant | * | |
| | * | |

**\*\*\*\*\*\*\***

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. On October 11, 2022, the Court entered an Order Amending the Amended Preliminary Order of Forfeiture, ECF No. 110 (the "Preliminary Order"), forfeiting all of the Defendant's right, title, and interest in the following property:

(a)    22.30267654 bitcoin recovered on or about January 7, 2020 from a Bitpay account successfully recreated from a recovery seed seized during execution of a search warrant at the Defendant's residence on January 16, 2018 (20-DEA-659377); and

(b)    2.00601444 bitcoin on or about March 11, 2020 through additional analysis of a computer seized during execution of a search warrant at the Defendant's home in Sparks Maryland on January 16, 2018 (20-DEA-661425)

(collectively, the "Subject Property");

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C), the United States caused to be published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all identified third parties of

their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of

their alleged legal interest in the property; and

WHEREAS, no timely third-party claim to the Subject Property has been filed and the

deadline for doing so has expired; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C.

§ 982(a)(1), 21 U.S.C. § 853(a), and Rule 32.2(c)(2) of Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and

interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of

America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the

purpose of enforcing this Order.

_____                          _____
Date                                             Hon. Catherine C. Blake
                                                 United States District Judge

2